# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Qingsong Lei,<br><br>      Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>      Defendants. | Case No. 24-cv-4002<br><br>Judge Hon. Sharon Johnson Coleman<br><br>Magistrate Judge Hon. Heather K. McShain |

## JOINT REQUEST BY THE PLAINTIFF AND DEFENDANT EZIRE-DIRECT USA TO POSTPONE THE STATUS HEARING

Plaintiff and Defendant Ezire-Direct USA, through their respective counsels, hereby jointly request to postpone the status hearing set for November 5, 2024 to November 21, 2024 to give the parties more time to negotiate a settlement agreement.

DATED: October 31, 2024

Respectfully submitted,

By: /s/ *lance liu*
Lance Liu, Esq.
Attorney for Ezire-Direct USA
15 Minuteman Circle
Southbury, CT 06488
Email: lanceliu2000@gmail.com
Phone: (203)706-9536

Counsel for Defendant

*/s/ Hao Ni*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore

>Texas Bar No. 24076573
>smoore@nilawfirm.com
>
>NI, WANG & MASSAND, PLLC
>8140 Walnut Hill Ln., Ste. 615
>Dallas, TX 75231
>Tel: (972) 331-4600
>Fax: (972) 314-0900
>
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsel of record.

October 31, 2024                              /s/lance liu
                                                         BY: Lance Liu, Esq.
                                                               15 Minuteman Circle
                                                               Southbury, CT 06488
                                                               Email: lanceliu2000@gmail.com
                                                               Phone: (203)706-9536
                                                               Attorney for Ezire-Direct USA